UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ALONZO R. FORD, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:05-cv-0952-JDT-TAB |
| | ) | |
| DAWNA NEEDLER, | ) | |
| | ) | |
| Defendant. | ) | |

### E N T R Y

    The plaintiff's motion to produce documents filed on March 13, 2006, seeks an order directing the production of documents by a non-party, the Dean of Ball State University. There is no indication that the materials sought would enable the plaintiff to defeat the defendant's pending motion for summary judgment. Additionally, the plaintiff has not tendered the witness fees which would be required for the proper service of the subpoena which he has recognized would have to be served with the subpoena to the non-party, and the timing of his request dictates that his motion be **denied.** He may renew his request for production to a non-party if the defendant's motion for summary judgment is denied.

    **IT IS SO ORDERED**.

_____
John Daniel Tinder, Judge
United States District Court

Date: 03/17/2006

Copies to:

Alonzo R. Ford, Sr.
DOC # 136108
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064

Scott E. Shockley
DEFUR VORAN
sshockley@defur.com

James R. Williams
DEFUR VORAN LLP
jwilliams@defur.com